FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 21, 2023

SEAN F. McAVOY, CLERK

Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Ann T. Wick
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL AVILEZ ESPINOZA<br>(a/k/a "Sebastin Godina"),<br><br>Defendant. | 2:23-CR-30-RMP<br><br>INDICTMENT<br><br>18 U.S.C. § 2422(b)<br>Online Enticement<br>(Counts 1 and 3)<br><br>18 U.S.C. § 2251(a), (e)<br>Production of Child Pornography<br>(Counts 2 and 4)<br><br>18 U.S.C. §2252A(a)(2)(A), (b)(1)<br>Distribution of Child Pornography<br>(Counts 5 and 6)<br><br>18 U.S.C. § 2428, 18 U.S.C. § 2253<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about July 8, 2019, in the Eastern District of Washington and elsewhere, the Defendant, MICHAEL AVILEZ ESPINOZA (a/k/a "Sebastin Godina"), did knowingly use a facility and means of interstate and foreign

INDICTMENT – 1

commerce to persuade, induce, entice, and coerce Minor H, an individual who had not attained the age of 18 years, to engage in prostitution or any sexual activity for which a person can be charged with a criminal offense, including 18 U.S.C. § 2251(a), Production of Child Pornography, all in violation of 18 U.S.C. § 2422(b).

COUNT 2

On or about July 8, 2019, in the Eastern District of Washington, the Defendant, MICHAEL AVILEZ ESPINOZA (a/k/a "Sebastin Godina"), did knowingly employ, use, persuade, induce, entice, and coerce a minor child, namely Minor Victim H, a minor born in 2003, to engage in sexually explicit conduct, for the purpose of producing any visual depiction of such conduct, such visual depiction having been produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2251(a), (e).

COUNT 3

Beginning on or about November 13, 2019, and continuing through on or about March 2, 2021, in the Eastern District of Washington and elsewhere, the Defendant, MICHAEL AVILEZ ESPINOZA (a/k/a "Sebastin Godina"), did knowingly use a facility and means of interstate and foreign commerce to persuade, induce, entice, and coerce Minor S, an individual who had not attained

INDICTMENT – 2

the age of 18 years, to engage in prostitution or any sexual activity for which a person can be charged with a criminal offense, including WASH. REV. CODE § 9A.44.076, Rape of a Child in the Second Degree, all in violation of 18 U.S.C. § 2422(b).

COUNT 4

Between on or about November 15, 2019, and on or about December 2, 2019, in the Eastern District of Washington, the Defendant, MICHAEL AVILEZ ESPINOZA (a/k/a "Sebastin Godina"), did knowingly employ, use, persuade, induce, entice, and coerce a minor child, namely Minor Victim S, a minor born in 2007, to engage in sexually explicit conduct, for the purpose of producing any visual depiction of such conduct, such visual depiction having been produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and did attempt to do the same, in violation of 18 U.S.C. § 2251(a), (e).

COUNT 5

On or about July 8, 2019, in the Eastern District of Washington, the Defendant, MICHAEL AVILEZ ESPINOZA (a/k/a "Sebastin Godina"), did knowingly distribute child pornography, as defined in 18 U.S.C. § 2256(8)(A), using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer,

INDICTMENT – 3

that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, to wit: images depicting minor and prepubescent children engaging in sexually explicit conduct, including but not limited to the lascivious exhibition of the genitals and pubic area, in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

## COUNT 6

On or about December 2, 2019, in the Eastern District of Washington, the Defendant, MICHAEL AVILEZ ESPINOZA (a/k/a "Sebastin Godina"), did knowingly distribute child pornography, as defined in 18 U.S.C. § 2256(8)(A), using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, to wit: images depicting minor and prepubescent children engaging in sexually explicit conduct, including but not limited to the lascivious exhibition of the genitals and pubic area, in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2428, upon conviction of an offense(s) in violation of 18 U.S.C. § 2422(b), as set forth in Counts 1 and 3 of this Indictment, the Defendant, MICHAEL AVILEZ ESPINOZA (a/k/a "Sebastin Godina"), shall forfeit to the United States of America, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense(s) and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense(s).

If any of the property described above, as a result of any act or omission of the Defendant:

a.  cannot be located upon the exercise of due diligence;
b.  has been transferred or sold to, or deposited with, a third party;
c.  has been placed beyond the jurisdiction of the court;
d.  has been substantially diminished in value; or
e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense(s) in violation of 18 U.S.C. § 2251(a), (e), and/or 18 U.S.C. § 2252A(a)(2) and/or 18 U.S.C. § 2252A(a)(2)(A), (b)(1), as set forth in Counts 2, and 4 - 6 of this Indictment, Defendant, MICHAEL AVILEZ ESPINOZA (a/k/a "Sebastin Godina"), shall forfeit to the United States of America any visual depiction described in section

INDICTMENT – 5

2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

//
//
//
//
//
//

INDICTMENT – 6

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

DATED this 21 day of March, 2023.

A TRUE BILL



Vanessa R. Waldref
United States Attorney

Ann T. Wick
Assistant United States Attorney

INDICTMENT – 7