# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL AVILEZ ESPINOZA,<br><br>Defendant. | Case No.   2:23-CR-0030-TOR<br><br>CRIMINAL MINUTES<br><br>DATE:   11/19/2025<br><br>LOCATION:   Spokane<br><br>SENTENCING HEARING |

**JUDGE THOMAS O. RICE**

| Bridgette Fortenberry | N/A | N/A | Allison Anderson |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Ann Wick | | Lorinda Youngcourt | |
| **Government Counsel** | | **Defense Counsel** | |

[ X ] Open Court                                        [ X ] US Probation Officer**:** J. Frieling

Defendant present in custody and assisted by counsel.

The Court accepted the binding nature of the Rule 11 plea agreement.

Ms. Wick addressed the Court and made a sentencing recommendation on the government's behalf.

The Court confirmed defense counsel's review of the PSIR with Defendant and overruled the pending objections.

The Court accepted the PSIR without change.

Ms. Youngcourt addressed the Court and made a sentencing recommendation on Defendant's behalf.

Ms. Youngcourt objected to the inclusion of Special Conditions 16-18 of supervision.
     Court: Objection overruled.

Defendant addressed the Court on his own behalf.

The Court confirmed Defendant's review of the Standard, Mandatory, and Special Conditions of Supervised Release and Defendant waived the reading of the conditions in open court.

Page 2        USA v. Espinoza        2:23-CR-0030-TOR        Sentencing Hearing

The Court calculated the advisory guideline range and pronounced sentence.

| | |
|---|---|
| **Incarceration:** | 276 months as to Counts 2 & 4 to run concurrently |
| **Supervised Release:** | Life terms to run concurrently |
| **Probation:** | N/A |
| **Fine:** | Waived |
| **Special Penalty Assessment**: | $200 total |
| **JVTA:** | Not requested by the govt |
| **AVAA:** | $15,000 |
| **Restitution:** | N/A |
| **BOP Recommendations:** | FCI Englewood |

With no objection from the parties, the Court will enter the Final Order of Forfeiture.

Appeal rights waived in Plea Agreement.

Defendant returned to USMS custody to begin imposition of sentence.

| CONVENED: 11:00 AM | ADJOURNED: 11:20 AM | TIME: 20 MINS | JNC FORTHCOMING [ X ] |
|---|---|---|---|